# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:17CR313 |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES F. MARTIN, | |
| Defendant. | |

IT IS ORDERED that:

1. The Government's unopposed Motion to Continue Sentencing (filing 65) is granted.

2. Defendant Charles F. Martin's sentencing is continued to June 20, 2019, at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 26th day of March, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge